UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

DANIEL J. KROCK,                    :
            Plaintiff,            :        No. 5:14-cv-3683
    v.                            :
                                      :
THE UNITED STATES OF AMERICA,       :
            Defendant.            :
_____

**O R D E R**

**AND NOW**, this 31st day of July, 2015, upon consideration of Defendant's Motion to Preclude Plaintiff's Expert, Dr. Devandra K. Amin, from Testifying, ECF No. 19, and for the reasons set forth in the Memorandum issued this date, **IT IS HEREBY ORDER THAT**:

1.     Defendant's Motion, ECF No. 19, is **GRANTED in part** and **DENIED in part**. Defendant's Motion is granted to the extent it seeks to preclude Dr. Amin from testifying as to the standard of care for Dr. Robinson and Dr. Benek, both podiatrists. The Motion is denied in all other respects.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*_____
JOSEPH F. LEESON, JR.
United States District Judge