UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

| | |
|---|---|
| DANIEL J. KROCK,                               :<br>            Plaintiff,                  :<br>     v.                                               :<br>                                                       :<br>THE UNITED STATES OF AMERICA, :<br>            Defendant.              : | No. 5:14-cv-3683 |

_____

**O R D E R**

**AND NOW,** this 5th day of January, 2016, for the reasons set forth in the Memorandum Opinion issued this date, **IT IS HEREBY ORDERED THAT:**

1.   **JUDGMENT IS ENTERED** in favor of Defendant and against Plaintiff, and

2.   The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*_____
JOSEPH F. LEESON, JR.
United States District Judge